UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/22

Raymond Velez,

                    Plaintiff,

         —v—

Andrew Saul,

                    Defendant.

20-cv-5795 (AJN) (SN)

ORDER

ALISON J. NATHAN, District Judge:

        Before the Court is Judge Netburn's Report & Recommendation dated January 11, 2022,

recommending that the Court deny the Plaintiff's motion for judgment on the pleadings pursuant

to Rule 12(c) and grant the Commissioner's cross-motion.  Dkt. No. 37.

        When considering the findings and recommendations of a Magistrate Judge, the Court

may "accept, reject, or modify [them], in whole or in part."  28 U.S.C. § 636(b)(1).  The Court

must make a *de novo* determination of any portions of a magistrate's report or findings to which

a party raises an objection, and reviews only for "clear error on the face of the record" when

there are no timely objections to the Report & Recommendation.  *Banks v. Comm'r of Soc. Sec.*,

No. 19-cv-929 (AJN) (SDA), 2020 WL 2765686, at *1 (S.D.N.Y. May 27, 2020); *see*

*also Brennan v. Colvin*, No. 13-cv-6338 (AJN), 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25,

2015); *Hicks v. Ercole*, No. 09-cv-2531 (AJN) (MHD), 2015 WL 1266800, at *1 (S.D.N.Y. Mar.

18, 2015); *Gomez v. Brown*, 655 F. Supp. 2d 332, 341 (S.D.N.Y. 2009).  Clear error is found

only when, upon review of the entire record, the Court is left with "the definite and firm

conviction that a mistake has been committed."  *Laster v. Mancini*, No. 07-cv-8265 (DAB)

(MHD), 2013 WL 5405468, at *2 (S.D.N.Y. Sept. 25, 2013) (quoting *United States v. Snow*, 462 F.3d 55, 72 (2d Cir. 2006)).

Objections to Judge Netburn's Report & Recommendation were due by January 25, 2022. *See* Dkt. No. 37 at 28. As of the date of this Order, no objections have been filed.  The Court thus reviews the Report & Recommendation for clear error, and finds none.

The Court therefore adopts the Report & Recommendation in its entirety, DENIES the Plaintiff's motion for judgment on the pleadings, Dkt. No. 30, and GRANTS Defendant's motion, Dkt. No. 34, for the reasons provided in Judge Netburn's Report & Recommendation. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: March 9, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge