**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Raymond Velez,

                Plaintiff,

-against-

Andrew Saul,

                Defendant.
-----------------------------------------------------------X

20 **CIVIL** 5795 (AJN)(SN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 9, 2022, the Report & Recommendation is adopted in its entirety, the Plaintiff's motion for judgment on the pleadings is DENIED, and Defendant's motion is GRANTED for the reasons provided in Judge Netburn's Report & Recommendation; accordingly, the case is closed.

**Dated:** New York, New York
         March 9, 2022

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

                        BY:

                                                **Deputy Clerk**